**Order filed June 11, 2012**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-12-00110-CR
_____

**ROBERT LEE DUNN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1240900**

---

## ORDER

This Court issued an order on June 5, 2012 directing the trial court to conduct a hearing to determine the status of appellant's brief. Having issued this order in error, the Court now **WITHDRAWS** its order dated June 5, 2012. The appellant's brief shall be due on or before July 2, 2012.

PER CURIAM